IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARL CANNON | § | |
| | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-257 |
| | § | |
| SOUTHERN MAIL SERVICE | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Southern Mail Service, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 files this Notice of Removal of Cause No. D-1-GN-25-011035, filed by Plaintiff, Carl Cannon, in the 98th District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, based upon the existence of federal question jurisdiction and supplemental jurisdiction. Defendant files this Notice without waiving any defenses to Plaintiff's claims nor conceding that Plaintiff or the claims upon which relief may be granted or are entitled to any damages. In support thereof, Defendant respectfully shows as follows:

### I.    INTRODUCTION

1.    To    summarize, on or about June 20, 2023, Plaintiff alleges his employment was

DEFENDANT'S NOTICE OF REMOVAL – Page 1

terminated by Defendant because Defendant violated the federal Americans with Disabilities Act of 1990 as amended (42 USC 12101 et seq. "ADA"). Plaintiff filed a civil action against Defendant the 98th District Court of Travis County, State of Texas entitled *QCarl Cannon c. Southern Mail Service*, Case No. D-1-GN-25-011035 (the "State Court Action").

2.    A true and correct copy of all process, pleadings, and orders served upon Defendants in the State Court Action are attached hereto as Exhibit A, App. 000001-00008, as required by 28 U.S.C. § 1446(a).

3.    In the State Court Action, Plaintiff alleges federal claim under the ADA. by nondisclosure, and negligent misrepresentation. A copy of Plaintiff's Original Petition is attached hereto as Exhibit A, App. 000001-00008.

4.    Plaintiff failed to serve Defendant's registered agent, but instead left a copy at Defendant's Austin terminal on January 5, 2026. Accordingly, this Notice of Removal is timely filed pursuant to U.S.C. § 1446(b) because it has been filed within 30 days of Defendants' receipt of Plaintiff's Original Petition.

**DEFENDANT'S NOTICE OF REMOVAL - Page 2**

## II.    BASIS OF REMOVAL

### A.    Federal Question and Supplemental Jurisdiction

5.    This action is within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff asserts a federal claim. *Id.* ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

6.    Plaintiff's Original Petition alleges, in best construction favoring Plaintiff, Defendant failed to adhere to the ADA and terminated his employment, for which Plaintiff claims back pay, and damages for pain and suffering

7.    Because Plaintiffs' Original Petition pleads claims arising under federal statutes—the ADA —the Court has original jurisdiction over those claims under 28 U.S.C. § 1331, and the State Court Action may be removed. *See* 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants[.]").

DEFENDANT"S NOTICE OF REMOVAL - Page 3

### III.     VENUE

8.     28 U.S.C. § 1441(a) provides a case may be removed to the "district court of the United States for the district and division embracing the place where such action is pending." The federal District Court and Division embracing the place where such action is currently pending—that is, Travis County—is the United States District Court for the Western District of Texas, Austin Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c). Thus, this Court is the appropriate venue, and the State Court Action is properly removable to this Court.

### IV.     NOTICE TO STATE COURT

11.     Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written Notice of the Removal to Plaintiffs and have filed a copy of this Notice of Removal in the State Court of Travis County, State of Texas. A copy of the state court Notice of Filing Notice of Removal is attached as Exhibit B, App. 00009. Defendant's Answer (Mtn. to Dismiss 'failure state a claim') is attached to Appendix— at Exhibit C

WHEREFORE, Defendant, Southern Mail Service, hereby removes this case from the 98th District Court of Travis County, Texas to the

United States District Court for the Western District of Texas, Austin Division, and respectfully request that this Court exercise federal question and supplemental jurisdiction over this matter and proceed with resolution of all causes of action in this case as if it had been originally filed herein.

Dated: February 2, 2026

Respectfully submitted,

*/s/ David M. Curtis*

DAVID M. CURTIS
Texas Bar No. 05270930

david@laborassociates.com

DAVID M. CURTIS & ASSOCIATES,

7750 N. MACARTHUR 121-373

LAS COLINAS, TX  75063

OFFICE:  833-444-4714

CELL:  214-244-4714

**ATTORNEYS FOR DEFENDANT**