IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2026 MAY 22  AM 11: 33

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

CARL CANNON,

        Plaintiff

v.

SOUTHERN MAIL SERVICE,                      A-26-CV-257-ADA-ML

        Defendant

Proposed Scheduling Order

On May, 15, 2026, at approximately 2:14 p.m., Carl Cannon contacted Attorney David Curtis regarding the Proposed Scheduling Order and scheduling recommendations that I received from Magistrate Mark Lane. During the conversation, Mr. Curtis stated that he had already provided his proposal, which was that my case be dismissed. I informed Mr. Curtis that I would not agree to sign a proposal seeking dismissal of my case.

As of Today, May 21, 2026, Mr.Curtis called me at 4:02 p.m. and said "what do you want". I told him about the first proposal that he didn't want to work with me, and he said he already sent me his proposal and that he will send a new proposal. Mr. Curtis again refused to cooperate to meet up and work with me for this Proposed Scheduling Order to be submitted by the deadline of May 25, 2026., from the U.S. Magistrate Mark Lane for the parties to submit a joint proposed order from the U.S. District Judge Albright's internal guidelines that were used in this case. I called him back several times to make sure he was sending the new proposal. The times I called were 4:12 p.m., 4:13 p.m., 4:15 p.m., and 4:24 p.m. I checked my emails and nothing new has come through from Mr. Curtis.

Mr. Curtis again refused to cooperate or work with me regarding the preparation and submission of the joint proposed order.

Respectfully,

Carl C_____ 5/21/26