# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| CARL CANNON, | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **A-26-CV-257-ADA-ML** |
| | § | |
| SOUTHERN MAIL SERVICE, | § | |
| **Defendant.** | § | |

## ORDER TO SHOW CAUSE

Before the court is the above-captioned matter.[1] This case was removed to federal court on February 3, 2026, Dkt. 1, and the parties have yet to agree on scheduling recommendations to govern this matter. In light of this failure, the undersigned set this case for an in-person initial pretrial conference ("IPC") on June 15, 2026.

Ahead of the IPC, the court ordered Defendant to be prepared to show cause *at the IPC* as to why Defendant should not be sanctioned for failure to comply with a court order. Dkt. 16 at 2. Defendant's failures include not responding on Judge Albright's form, not including all the necessary dates, and failing to correct its one, non-viable proposal. *See* Dkt. 10. This proposal also included nonsensical requests such as asking that a motion to dismiss that was filed in state court be "deemed submitted" on this court's docket and asking that this case be set for jury trial "on the Court's three-week docket." *Id.* at 1.

However, Defendant has now failed to comply with a third order from the court, Dkt. 16, because Defendant did not make an appearance at the IPC. Plaintiff Carl Cannon, proceeding *pro*

---

[1] All matters in this case were referred by United States District Judge Alan D Albright to the undersigned for resolution or report and recommendation pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 2.

*se*, was the sole attendee of the IPC. Furthermore, Defendant did not contact the court, either before the IPC or immediately after, regarding its failure to appear.

Due to Defendant's most recent failure to comply with a court order, the court now **ORDERS** Defendant to **SHOW CAUSE** why Defendant should not be sanctioned for these individual and collective failures. A hearing is **SET** for **1:30 p.m. on July 9, 2026**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701**. The court **ORDERS** Defendant to appear in person at said hearing. Plaintiff may attend this hearing either in person or telephonically.

SIGNED June 15, 2026.

_____

MARK LANE
UNITED STATES MAGISTRATE JUDGE