IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2026 JUN 29 AM 10: 23

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ *CR*_____
DEPUTY

CARL CANNON, JR
   Plaintiff,

v.

           A-26-CV-257-ADA-ML

SOUTHERN MAIL SERVICE,
   Defendant.

## Amended Complaint

I, CarL Cannon Jr. filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) alleging that Southern Mail Service unlawfully terminated my employment in violation of the Americans with Disabilities Act. of 1990, because of atrial fibrillation (AFib), a heart rhythm (arrhythmia) that I have. The EEOC issued me a Notice of Right to Sue after exhausting all required administrative remedies. Southern Mail Service instructed me to see a cardiologist for recertification through the Department of Transportation (DOT). I went to my cardiologist Dr. Yan Lui at Ascension Medical Group. My doctor medically cleared me to receive my DOT recertification. Southern Mail Service refused to allow me to return to work even though I was still able to perform the essential functions of the position without any recommendations. This case has been going on for over three years now since my termination of employment.

## Prayer for Relief

I am respectfully asking that the Court enter judgement in my favor and award:

1. Back pay for approximately three years of lost wages, totaling $219,000.00,

2. The value of lost employment benefits, included accrued vacation pay for three years,

3. Compensatory damages, including damages for emotional distress and pain and suffering.

I have respectfully complied with court orders from United State Magistrate Judge Mark Lane for the Western District Court of Texas, Austin Division. Southern Mail Service representative David Curtis, has not respectfully complied with United State Magistrate Mark Lane for the Western District Court of Texas, Austin Division court orders by not showing up for scheduled court order hearing, failed to respond as required causing unnecessary delay and interfering with orderly administration of this case. I respectfully request that the Court impose any sanctions or other relief the Court deems just and appropriate under the applicable Federal Rules of Civil Procedure and the Court's inherent authority.

Respectfully,

Carl Cannon JR, 6-29-26

Carl Cannon Jr.