**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CARL CANNON,** *Plaintiff,* | § § | |
| **v.** | § § | **1:26-CV-257-ADA-ML** |
| **SOUTHERN MAIL SERVICE,** *Defendant.* | § § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. No. 28. The report and recommendation discusses the background of the case and Defendant Southern Mail Service's ("SMS") willful refusal to participate in the litigation and recommends that the undersigned enter an interlocutory default judgment against SMS. Judge Lane issued the report and recommendation on July 9, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 28) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that judgment is hereby entered against Defendant Southern Mail Service ("SMS") on the issue of liability.

**IT IS SO ORDERED.**

**SIGNED** on August 3, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE